IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 5:14-mj-113-CHW |
| v. | |
| LATOYA REDMOND | Violation: 18 U.S.C. § 641 |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE
### (THEFT OF GOVERNMENT PROPERTY)

That on or about June 30, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **LATOYA REDMOND**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Juicy Couture perfume bottle, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

### COUNT TWO
### (THEFT OF GOVERNMENT PROPERTY)

That on or about June 30, 2014, on lands acquired for the use of the United States and under the exclusive jurisdiction thereof, known as Robins Air Force Base, Georgia, and located within the Macon Division of the Middle District of Georgia, **LATOYA REDMOND**, did, with the intent to steal, purloin, and convert to her own use, take merchandise belonging to the Army Air Force Exchange, to wit: one (1) Flower Bomb perfume bottle, having a total value of less than $1000.00, in violation of Title 18 of the United States Code, Section 641.

MICHAEL J. MOORE
UNITED STATES ATTORNEY

BY: *(signature)*
KEVIN D. STRÖBERG
Georgia Bar No. 852310
Special Assistant U.S. Attorney
United States Attorney's Office
Middle District of Georgia
215 Page Road, Suite 186
Robins AFB, Georgia 31098
Telephone: (478) 222-0551